IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRENT ALAN MCLEAN, #663292 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20cv470 |
| | § | *consolidated with* 4:20cv543 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PETITIONER'S TEMPORARY RESTRAINING ORDER

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Magistrate Judge issued a Report and Recommendation (Dkt. # 44), which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for a temporary restraining order (Dkt. # 43). Petitioner filed an "Addendum" (Dkt. # 46), which is construed as objections to the Report and Recommendation.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and that the objections of Petitioner are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's motion for a temporary restraining order (Dkt. # 43) is **DENIED**.

So ORDERED and SIGNED this 20th day of May, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE